JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
NESTOR BARBARITO-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:12-CR-00253 AWI-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING AND ORDER THEREON |
| v. | |
| NESTOR BARBARITO-MARTINEZ, | Date: January 28, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KAREN A. ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Nestor Barbarito-Martinez, that the date for sentencing in this matter may be advanced to January 28, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is February 19, 2013. The requested new date is January 28, 2013, at 10:00 a.m.**

Mr. Barbarito-Martinez has received and reviewed the Advisory Guideline Presentence Investigation Report (PSR) prepared by the United States Probation Office. There are no disputed sentencing issues and Mr. Barbarito-Martinez does not object to any information contained in the PSR. The sentence recommended in the PSR is consistent with the jointly recommended sentence in the plea agreement of the parties. Because there is nothing more to be done prior to sentencing, defendant Nestor

Barbarito-Martinez requests that the sentencing date be advanced in order to bring finality to this matter and to minimize the amount of time spent in the Fresno County Jail. AUSA Karen A. Escobar has no objection to this request.

The parties agree that advancing the sentencing date in this matter will further the ends of justice.

BENJAMIN B. WAGNER
United States Attorney

DATED:  January 24, 2013         By: /s/ Karen A. Escobar
                                 KAREN A. ESCOBAR
                                 Assistant U.S. Attorney
                                 Attorneys for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 24, 2013          By: /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 NESTOR BARBARITO-MARTINEZ

**ORDER**

IT IS SO ORDERED.

Dated:   January 24, 2013
                                 _____
                                 SENIOR  DISTRICT  JUDGE